AO 440 (Rev. 05/00) Summons in a Civil Action



# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

ESTELLA CLARK

V.

ACCREDITED MANAGEMENT SOLUTIONS LLC

CASE NUMBER: 1:20-cv-01610

ASSIGNED JUDGE: Hon. Joan B. Gottschall

DESIGNATED MAGISTRATE JUDGE: Hon. Jeffrey Cole

TO: (Name and address of Defendant)

ACCREDITED MANAGEMENT SOLUTIONS LLC
c/o JEREMY BROWN
8625 TRANSIT ROAD
EAST AMHERST, NEW YORK, 14051

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Joseph S. Davidson
Sulaiman Law Group, Ltd.
2500 South Highland Ave., Suite 200
Lombard, Illinois 60148

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

_/s/ Annette Nuñez_

(By) DEPUTY CLERK



March 6, 2020

DATE

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:20-cv-01610

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Accredited Management Solutions LLC
was received by me on *(date)* March 8, 2020 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Jeremy Brown - Authorized Person , who is
designated by law to accept service of process on behalf of *(name of organization)*
Accredited Management Solutions LLC on *(date)* March 12, 2020 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: March 12, 2020

*Server's signature*

Michael Hadden - Process Server
*Printed name and title*

350 Main Street Suite 2150
Buffalo, NY 14202
*Server's address*

Additional information regarding attempted service, etc:

Print  Save As...  Reset